IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BERNEST BENJAMIN,**

      Plaintiff,

v.     No. 14-cv-0784 JB/SMV

**JAMES JACKSON, et al.,**

      Defendants.

## REDACTED ORDER[1]

THIS MATTER is before the Court on Petitioner Bernest Benjamin's August 11, 2015 letter regarding service of Defendant James Jackson, Jr. [Doc. 10]. Petitioner explained that due to Defendant Jackson's retirement, he could not locate a current address for the Defendant. As part of the Order for the *Martinez* Report [Doc. 16], the Court ordered the other Defendants and their counsel to inquire as to Defendant Jackson's address, which they have done.

The Clerk of the Court is directed to issue notice and waiver-of-service forms, with copies of the Prisoner's Civil Rights Complaint [Doc. 1] and the Memorandum Opinion and Order [Doc. 8], issued June 29, 2015, to Defendant Jackson at the address below:

[REDACTED]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] An unredacted version of this order has been filed and is available to Court staff only.