IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BERNEST BENJAMIN,**

    **Plaintiff,**

**v.**

                                                              **No. 14-cv-0784 JB/SMV**

**JAMES JACKSON, LAWRENCE ARTIAGA,**
**and MICHAEL HOHMAN,[1]**

    **Defendants.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed his Complaint against all Defendants on August 28, 2014. [Doc. 1] at 1. Defendant Jackson has never been served. Because Plaintiff paid the full filing fee, *see* [Doc. 4] and, thus, is not proceeding *in forma pauperis*, 28 U.S.C. § 1915(d)—which allows officers of the Court to serve process on behalf of indigent Plaintiffs—does not appear to be available. Defendant Jackson is no longer employed by NMCD, *see* [Doc. 14] at 1, and is not represented by Defendant Artiaga and Hohman's counsel. The Court ordered the Clerk of the Court to send issue notice and waiver-of-service forms to Defendant Jackson, but Jackson never waived service. In response to a request from Plaintiff [Doc. 10], the Court ordered Defendants Artiaga and Hohman to produce to Plaintiff the last known address of Defendant Jackson. [Doc. 20]. Defendants did so on December 15, 2015. [Doc. 21].

A plaintiff has 90 days from filing the Complaint within which to effect service of process. Fed. R. Civ. P. 4(m). Very generously giving Plaintiff 90 days from when he received

---

[1] Defendants have indicated that the correct spelling is "Hohman," rather than "Holman." *See* [Doc. 19] at 1 n1.

Defendant Jackson's address from the other Defendants, he is well beyond the 90-day deadline. There is no indication on the record that service of process has been effected with respect to Defendant Jackson.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why his claims against Defendant Jackson should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m).  *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995).  Plaintiff must file his response within 21 days of entry of this Order.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**